# United States Bankruptcy Court
### Eastern District of Virginia
Norfolk Division

**In re:**  **Case Number** 09–70920–FJS
**Chapter** 13

Christopher A. Sheets

       Debtor(s)

**Bank of America, N.A.**

       Movant(s)

V.

**Christopher A. Sheets**
**George W. Neal, Trustee**

       Respondent(s)

## NOTICE OF PRELIMINARY HEARING

**TO THE PLAINTIFF(S), DEFENDANT(S) AND OTHER PARTIES IN INTEREST:**
**PLEASE TAKE NOTICE that a preliminary hearing will be held**

On February 9, 2010 10:00 AM

At Judge Santoro – Courtroom, U. S. Bankruptcy Court, 600 Granby Street, 4th Fl., Ctrm II, Norfolk, VA 23510

To consider and act upon the following:

*35* – Motion for Relief from Stay Re: 839 Saint Denis Court, Virginia Beach, VA 23455 filed by D. Carol Sasser of Samuel I. White, P.C. on behalf of Bank of America, N.A.. (Attachments: # (1) Exhibit(s) DOT and Note) (Sasser, D.)

*Should the motion for relief from stay go to trial, it shall be the responsibility of counsel for the plaintiff to prepare and submit a stipulation of facts and exhibits.*

**It is the responsibility of counsel for the plaintiff/movant to advise the Court of any settlement or any other valid reason that a Court scheduled pretrial conference, hearing or trial need not be conducted. Counsel are advised to provide the Court with such notification as far in advance of any such conference, hearing or trial as is practical under the circumstances. Failure of such counsel to properly and timely notify the Court may result in the imposition of sanctions.**

**NOTICE IS FURTHER GIVEN** that a copy of this notice has been served upon the parties as set forth in the proof of service accompanying the said motion.

Dated:  January 19, 2010    William C. Redden
                            Clerk, United States Bankruptcy Court

                            By: /s/ Ada Harrell, Deputy Clerk

[ntcprelmhrg.jsp ver. 9/2009]

# CERTIFICATE OF NOTICE

```
District/off: 0422-8          User: harrella            Page 1 of 1                  Date Rcvd: Jan 19, 2010
Case: 09-70920                Form ID: prelmhrg         Total Noticed: 1

The following entities were noticed by first class mail on Jan 21, 2010.
db           +Christopher A. Sheets,   839 Saint Denis Court,   Virginia Beach, VA 23455-6211
The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 21, 2010**                          **Signature:** _Joseph Speetjens_