**210B (12/09)**

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 09-70920-FJS
Chapter 13

In re: Debtor(s) (including Name and Address)

Christopher A. Sheets
839 Saint Denis Court
Virginia Beach VA 23455

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 04/14/2010 (date).

| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
|---|---|
| Claim No. 2: AMERICAN INFOSOURCE LP AS AGENT FOR, FIA CARD SERVICES, NA/BANK OF AMERICA, PO Box 248809, Oklahoma City, OK 73124-8809 | National Capital Management, LLC.<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125<br>USA |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  04/17/10

William C. Redden
**CLERK OF THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 0422-8         User: harrella              Page 1 of 1           Date Rcvd: Apr 15, 2010
Case: 09-70920               Form ID: trc                Total Noticed: 1
```

The following entities were noticed by first class mail on Apr 17, 2010.
  NO NOTICES MAILED.

The following entities were noticed by electronic transmission on Apr 15, 2010.
8802128        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 16 2010 02:14:50
               AMERICAN INFOSOURCE LP AS AGENT FOR,   FIA CARD SERVICES, NA/BANK OF AMERICA,   PO Box 248809,
               Oklahoma City, OK   73124-8809
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 17, 2010**          **Signature:** *Joseph Speetjens*