# United States Bankruptcy Court

Eastern District of Virginia
600 Granby St., Room 400
Norfolk, VA 23510

**Case Number**  09−70920−FJS
**Chapter**  13

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Christopher A. Sheets
839 Saint Denis Court
Virginia Beach, VA 23455

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−1304

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA

## Notice of Resignation of Standing Trustee and Appointment of Successor Standing Trustee

The United States Trustee for Region Four hereby gives notice that George W. Neal, has resigned, effective June 30, 2010 as Standing Trustee and that the above−referenced case has been reassigned to Michael P. Cotter, Chapter 13 Trustee.

Effective July 1, 2010, all notices pleadings, and correspondence should be directed to:

Michael P. Cotter, Chapter 13 Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961−3000 (Telephone)
(757) 961−3001 (Facsimile)

**All Debtor(s)' plan payments should be mailed to:**

Michael P. Cotter, Chapter 13 Trustee
P. O. Box 30
Memphis, TN 38101−0030

Dated:  July 2, 2010

W. Clarkson McDow, Jr.
United States Trustee, Region Four

By: /s/ Debera F. Conlon
Assistant U.S. Trustee
Virginia Bar Number 20837
Office of the U.S. Trustee
200 Granby Street, Room 625
Norfolk, VA 23510
(757) 441−6012

# CERTIFICATE OF NOTICE

```
District/off: 0422-8           User: griffinv              Page 1 of 2                   Date Rcvd: Jul 02, 2010
Case: 09-70920                 Form ID: regsappt           Total Noticed: 35

The following entities were noticed by first class mail on Jul 04, 2010.
db           +Christopher A. Sheets,    839 Saint Denis Court,    Virginia Beach, VA 23455-6211
8777712       ABNB Federal Credit Union,    830 Greenbrier Circle,    Chesapeake, VA  23320-2624
8777715       BMC Rock, Inc.,    3030 Tollhouse Road,    Virginia Beach, VA 23455-0000
8807523      +Bank of America,    P. O. Box 1598,    Norfolk, VA 23501-1598
8777713      +Bank of America Business Card,    P.O. Box 15184,    Wilmington, DE 19850-5184
9427963      +Bank of America, N.A.,    c/o D. Carol Sasser, Esq.,    5040 Corporate Woods Dr., Ste. 120,
               Virignia Beach, VA 23462-4377
8777714      +Bank of America, N.A.,    P. O. Box 26012,    NC4-105-03-14,    Greensboro, NC 27420-6012
8855601      +Bank of America, N.A.,    P O Box 26078,    Greensboro, NC 27420-6078
8777716      +Cedarcrest Capital,    c/o F.H.Cann & Associates, Inc,    1600 Osgood st. #20-2/120,
               North Andover, MA 01845-1048
8777717      +Chase Bank USA NA,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
9019766       Chase Bank USA, N.A.,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
9046928      +Commonwealth of Virginia,    Department of Taxation,    PO Box 2156,    Richmond, VA 23218-2156
8807524       Commonwealth of Virginia,    Virginia Employment Commission,    P. O. Box 1358,
               Richmond, VA 23218-1358
8777719      +Countrywide Home Loans,    450 American Street S,    Simi Valley, CA 93065-6285
8777720      +Danielle K. Sheets,    839 Saint Denis Court,    Virginia Beach, VA 23455-6211
8777723      +East Coast Boat Lifts,    c/o James H. Ward, Jr.,    P. O. Box 356,    Saluda, VA 23149-0356
8804348     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  Department of the Treasury,,    Ingernal Revenue Service,    P O Box 249,
               Memphis, TN  38101-0249)
8777724     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  Internal Revenue Service,    P. O. Box 21126,
               Philadelphia, PA 19114-0326)
8777721       Internal Revenue Service,    P. O. Box 21125,    Philadelphia, PA  19114
8777725      +Jay Steer CPA,    2809 S. Lynnhaven Road,    Virginia Beach, VA 23452-6700
8777726      +Office of the U. S. Trustee,    Room 625 Federal Building,    200 Granby St.,
               Norfolk, VA 23510-1814
8777727      +PCC, LLC,    5316 Brockie Street,    Virginia Beach, VA 23464-8006
8777728      +Princess Anne Pile & Lumber,    P. O. Box 6244,    Chesapeake, VA 23323-0244
8777729      +Princess Anne Pile and Lumber,    c/o Huff, Poole & Mahoney, PC,    4705 Columbus Street,
               Virginia Beach, VA 23462-6798
8777730      +Seahorse Marine, Inc.,    1951 Clifton Road,    Virginia Beach, VA 23457-1252
8777722     ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
              (address filed with court:  Direct Loans Svc System,    501 Bleeker Street,    Utica, NY 13502-0000)
8777731      +United Boat Lifts,    c/o Best Collection Agency, In,    P. O. Box 2376,
               Newport News, VA 23609-0376
8777718     ++VIRGINIA DEPARTMENT OF TAXATION,    P O BOX 2156,    RICHMOND VA 23218-2156
              (address filed with court:  Commonwealth of Virginia,    Department of Taxation,    P. O. Box 2369,
               Richmond, VA 23218-0000)
8777733      +Volvo Rents,    3825 Bonney Road,    Virginia Beach, VA 23452-2404
8807525      +Volvo Rents,    One Volvo Drive,    Asheville, NC 28803-3447

The following entities were noticed by electronic transmission on Jul 03, 2010.
cr           +E-mail/Text: bknotice@ncmllc.com                            National Capital Management, LLC,
               8245 Tournament Drive,    Ste. 230,    Memphis, TN 38125-1741
8802128       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 03 2010 05:26:47
               AMERICAN INFOSOURCE LP AS AGENT FOR,    FIA CARD SERVICES, NA/BANK OF AMERICA,    PO Box 248809,
               Oklahoma City, OK  73124-8809
8837279      +E-mail/Text: MTAYLOR@CEDARCRESTCAPITAL.COM                            Cedarcrest Fund LP,
               P O Box 21071,    Parkwest Finance Station,    New York, NY 10025-0016
9624781      +E-mail/Text: bknotice@ncmllc.com                            National Capital Management, LLC.,
               8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741,    USA
9130372       E-mail/PDF: BNCEmails@blinellc.com Jul 03 2010 03:11:20      Roundup Funding, LLC,    MS 550,
               PO Box 91121,    SEATTLE, WA 98111-9221
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Amphibious Base Naval Base Federal Credit Union
cr            Bank of America, N.A.
8777732       Volvo Rents
tee*         +Roundup Funding, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTALS: 3, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0422-8           User: griffinv            Page 2 of 2                 Date Rcvd: Jul 02, 2010
Case: 09-70920                 Form ID: regsappt         Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 04, 2010**                    **Signature:**    *Joseph Speetjens*