UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

In re:

CHRISTOPHER A. SHEETS,                                    Case No. 09-70920-FJS

Chapter 13

Debtor(s).

**O R D E R**

This matter came on upon the application of the debtor herein to have his Chapter 13 Plan payments suspended for the months of September, October, November, and December, 2010; and

It appearing to the Court that the debtor's plan calls for payments of $840.00 per month for 6 months, then $1,007.00 for 54 months; the debtor's plan payments are current through August, 2010; the debtor lost his job with Precon Marine, Inc. on July 28, 2010; the Debtor is currently seeking new employment and anticipates obtaining new employment and beginning his payments again by January 31, 2011; the debtor requests that his plan payments for the months of September, October, November, and December, 2010, be suspended; that the debtor's plan payments will resume no later than January 31, 2011, the suspended payments will be made up by the end of the fifty-fifth (55) month of the plan; and for good cause shown,

It is hereby **ORDERED** and **DECREED** that the debtor's Chapter 13 Plan for September, October, November, and December, 2010,

**James L. Pedigo, Jr., Esquire (VSB #30796)**
**Counsel for the Debtors**
**HARBOUR LAW, P.L.C.**
**500 East Main Street, Suite 1600**
**Norfolk, Virginia 23510**
**E-mail: Pedigo@HarbourLaw.us**
**757-622-1621**

be suspended; that his payments will resume no later than January 31, 2011; that the suspended payments, be made up by the end of the fifty-fifth (55) month of the Chapter 13 Plan; that should the debtor fail to make any future plan payments for more than thirty (30) days, that his plan may be dismissed without further hearing of the Court; and

It is further **ORDERED** and **DECREED** that the counsel for the Debtor shall forward a copy of the entered order to all creditors listed in the mailing matrix.

Date: Sep 17 2010

ENTER:
/s/ Stephen C. St.John
U.S. Bankruptcy Judge

Entered on Docket: 9/20/2010

**I ask for this:**

**/s/James L. Pedigo, Jr.**
**James L. Pedigo, Jr., Esquire (VSB#30796)**
**Attorney for the Debtor**
**500 East Main Street, Suite 1600**
**Norfolk, Virginia 23510**
**E-mail: Pedigo@HarbourLaw.us**
**Area Code 757-622-1621**

**Seen:**
**/s/Warren Uthe, for**
**Michael P. Cotter, Trustee**
**870 Greenbrier Circle, Suite 402**
**Chesapeake, Virginia 23320**
**757-961-3000**

## CERTIFICATION

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/James L. Pedigo, Jr.
James L. Pedigo, Jr., Esquire

**PARTIES TO RECEIVE COPIES**

**James L. Pedigo, Jr., Esquire,**
**500 East Main Street, Suite 1600**
**Norfolk, Virginia 23510**

**Michael P. Cotter, Trustee**
**870 Greenbrier Circle, Suite 402**
**Chesapeake, Virginia 23320**

**Mr. Christopher A. Sheets**
**839 St. Denis Court**
**Virginia Beach, Virginia 23455**

pdb

# CERTIFICATE OF NOTICE

```
District/off: 0422-8          User: harrella              Page 1 of 1                  Date Rcvd: Sep 20, 2010
Case: 09-70920                Form ID: pdforder           Total Noticed: 1

The following entities were noticed by first class mail on Sep 22, 2010.
db            +Christopher A. Sheets,    839 Saint Denis Court,    Virginia Beach, VA 23455-6211
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 22, 2010**                    **Signature:**   _Joseph Speetjens_