CEDARCREST CAPITAL LLC

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF VIRGINIA

```
NORFOLK DIVISION
FILED
OCT - 8 2010
CLERK
U.S. BANKRUPTCY COURT
```

IN RE:   CHRIS SHEETS

CASE NO:    09-70920

Debtor(s)

_____/

## CHANGE OF ADDRESS OF CREDITOR

The address for a creditor in the above-named case, Cedarcrest Fund LP has changed. The new address is: Cedarcrest Fund LP, Arsenal Station, PO Box 830669, San Antonio, TX 78283.

*[signature]*

Michael C Taylor

Managing Member of Cedarcrest Capital LLC

As General Partner, Cedarcrest Fund LP